Ross Cornell, Esq. (SBN 210413)
LAW OFFICES OF ROSS CORNELL, APC
Email: *rc@rosscornelllaw.com*
P.O. Box 1989 # 305  Big Bear Lake,
Los Angeles, CA  90036

Phone: (562) 612-1708
Fax: (562) 394-9556

Attorney of Record for Plaintiff,
Bryan Estrada

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bryan Estrada,<br><br>    Plaintiff,<br><br>v.<br><br>Fargo Chiropractic, Inc., et al.<br><br>    Defendants. | Case No.:<br>5:22-cv-00392-JGB-KK<br><br>**NOTICE OF SETTLEMENT** |

-1-
**NOTICE OF SETTLEMENT**

**TO THE HONORABLE UNITED STATES DISTRICT COURT AND TO THE CLERK OF THE COURT:**

In accordance with Local Rule 16-15.7, Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled in its entirety as to all parties and all causes of action. The parties anticipate finalizing a written settlement agreement and entering a dismissal of the action with prejudice within fourteen (14) days.

Respectfully submitted,

Dated: August 26, 2022          LAW OFFICES OF ROSS CORNELL, APC


By: /s/ *Ross Cornell*
     Ross Cornell, Esq.,
     Attorneys for Plaintiff,
     Bryan Estrada